No. 10, original.  UNITED STATES *v.* WYOMING ET AL.
April 25, 1945.  Nat U. Brown, Esquire, of Yakima,
Wash., appointed Special Master.

No. 1076.  WOOD *v.* MISSISSIPPI.
April 30, 1945.  *Per Curiam:*
The appeal is dismissed for want of jurisdiction.  § 237
(a), Judicial Code, as amended, 28 U. S. C. § 344 (a).
Treating the papers whereon the appeal was allowed as
a petition for writ of certiorari as required by § 237 (c)
of the Judicial Code as amended, 28 U. S. C. § 344 (c),
certiorari is denied.  *Mr. M. M. Roberts* for appellant.